■ HILAH R. COLEMAN, Respondent, v. SHELDON T. COLEMAN, Appellant. — Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ BANCO DE LA NACION ARGENTINA, Respondent, v. FIRST NATIONAL CITY BANK OF NEW YORK et al., Defendants, and STRATFORD FACTORS, INC., et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., Petitioners, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, et al., Respondents. — Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ KULMAN REALTY CORP., Appellant, v. HOWARD STORES CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs of this appeal to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of A. S. KIRKEBY, INC., Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Final order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of ANTHONY P. RAGONETTI, Appellant, against JOSEPH SCHECHTER, as Chairman of the City Civil Service Commission for the City of New York and Personnel Director of the Department of Personnel, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ LONGSHORE, INC., Respondent, v. MORRIS LAPIDUS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of HARRY J. BRIX et al., Appellants, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel, Civil Service Commission, City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Final Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under Deed of Trust of JOSEPHINE BROOKS, Deceased, Respondent. ORWILL V. W. HAWKINS et al., as Executors of REGINALD BROOKS, Deceased, Appellants; GLADYS B. THAYER et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to all parties appearing separately and filing briefs, payable out of the estate. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ. [14 Misc 2d 425.]